# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEBOJSA JANEVSKI, | Case No. 2:25-cv-00497-APG-MDC |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 17] |
| UNIMACTS GLOBAL, LLC, | |
| Defendant(s). | |

Pending before the Court is a stipulation to reschedule the early neutral evaluation session. Docket No. 17. Good cause has been shown for relief from the current early neutral evaluation date, but the stipulation does not provide five alternative dates on which all required participants are available. *But see* Docket No. 11 at 1 n.1.

The stipulation is **GRANTED** in part and **DENIED** in part. The early neutral evaluation as currently scheduled is **VACATED**. The parties must discuss settlement and exchange an initial settlement offer and an initial counteroffer by September 8, 2025. *See* Docket No. 10. By September 10, 2025, the parties must file either (1) a request to remove this case from the early neutral evaluation program if such a proceeding appears futile or (2) a stipulation with five proposed dates on which all required participants are available for the early neutral evaluation.[1]

IT IS SO ORDERED.

Dated: August 29, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] If the latter stipulation is filed, counsel are reminded that the early neutral evaluation is meant to take place "early" on in the case, generally within 90 days of the defendant's first appearance. *See* Local Rule 16-6(d). While that 90-day timeframe may not be feasible in the circumstances of this case, counsel should propose five dates as close to that timeframe as possible.