1  MOLLY M. REZAC
   Nevada Bar No. 7435
2  molly.rezac@ogletree.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3  200 S. Virginia Street, 8th Floor
   Reno, NV 89501
4  Telephone: 775.440.2373
   Facsimile: 775.440.2376
5
   *Attorneys for Defendant,*
6  *Unimacts Global, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEBOJSA JANEVSKI, an individual,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br><br>UNIMACTS GLOBAL, LLC, a foreign limited liability company,<br><br>　　　　　　　Defendant. | Case No.: 2:25-cv-00497-APG-MDC<br><br>**STIPULATION AND ORDER TO DELIVER EARLY NEUTRAL EVALUATION STATEMENTS ON WEDNESDAY, NOVEMBER 12, 2025 DUE TO COURT CLOSURE** |

/ / /

/ / /

/ / /

- 1 -

On September 11, 2025, the Court entered its Order requiring the parties to submit their Early Neutral Evaluation ("ENE") statements to the Court's box in the Clerk's office by 3:00 p.m. on November 10, 2025. *See* ECF No. 20. However, due to the ongoing government shutdown, the district court for the District of Nevada is closed today, November 10, 2025, and the parties are unable to submit their ENE statements. Therefore, the parties respectfully request that they be allowed to submit their ENE statements to the Court's box in the Clerk's office by 3:00 p.m. on Wednesday, November 12, 2025.

DATED this 10th day of November 2025.          DATED this 10th day of November, 2025.

HATFIELD & ASSOCIATES, LTD. APC          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Trevor J. Hatfield*
Trevor J. Hatfield
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff,*
*Nebojsa Janevski*

*/s/ Molly M. Rezac*
Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia Street, 8th Floor
Reno, NV 89501
*Attorneys for Defendant,*
*Unimacts Global, LLC*

### ORDER

IT IS SO ORDERED that the parties may submit their ENE Statements to the undersigned's box in the Clerk's office by Wednesday, November 12, 2025 at 3:00 p.m.

_____
UNITED STATES MAGISTRATE JUDGE

November 12, 2025
_____
DATED

- 2 -