UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Nebojsa Janevski,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>Unimacts Global, LLC,<br><br>　　　　Defendant(s). | Case No. 2:25-cv-00497-APG-MDC<br><br>**Order**<br><br>[Docket No. 24] |

The Court ordered the parties to file dismissal papers by December 15, 2025. Docket No. 23. Pending before the Court is a joint status report indicating that the parties anticipate filing dismissal papers by January 15, 2026. Docket No. 24. When a court deadline cannot be met, parties must seek relief from that Court by filing a motion or stipulation to extend. *See, e.g.*, Local Rule 7-1(a), 7-2(a). It is not proper to file a status report indicating that the parties have essentially granted themselves an extension. Moreover, the status report does not meaningfully elaborate on why the deadline as currently set could not be met through the exercise of reasonable diligence. Nonetheless, as a <u>one-time courtesy</u> to counsel, the Court will construe this status report as a stipulation to extend and allow the extension sought. Dismissal papers must be filed by January 15, 2026.

　　　　IT IS SO ORDERED.

　　　　Dated: December 16, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1