MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775.440.2373
Facsimile: 775.440.2376

*Attorneys for Defendant,*
*Unimacts Global, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEBOJSA JANEVSKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIMACTS GLOBAL, LLC, a foreign limited liability company,<br><br>Defendant. | Case No.:  2:25-cv-00497-APG-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Nebojsa Janevski ("Plaintiff") and Defendant Unimacts Global, LLC ("Defendant"), by and through their respective counsel

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

below, that the above-entitled matter be dismissed with prejudice, with each side bearing their own

fees and costs.

DATED this 7th day of January 2026.          DATED this 7th day of January 2026.

HATFIELD & ASSOCIATES, LTD. APC              OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
                                             P.C.

*/s/ Trevor J. Hatfield*                     */s/ Molly M. Rezac*
Trevor J. Hatfield                           Molly M. Rezac
Nevada Bar No. 7373                          Nevada Bar No. 7435
703 South Eighth Street                      200 S. Virginia Street, 8th Floor
Las Vegas, Nevada 89101                      Reno, NV 89501
*Attorneys for Plaintiff,*                   *Attorneys for Defendant,*
*Nebojsa Janevski*                           *Unimacts Global, LLC*

**ORDER**

**IT IS SO ORDERED.**

DATED: <u>January 8</u>, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE

94695295.v1-OGLETREE

*(left margin vertical text:)* OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. VIRGINIA STREET, 8TH FLOOR
RENO, NV 89501
TELEPHONE: 775-440-2373